# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

### Report on Person Under Supervision

**Person Under Supervision**
Casey Michael Antone

**Docket Number**
0971 4:22-CR-00190 HSG

**Name of Sentencing Judge:**  The Honorable Paul A. Crotty
Senior United States District Judge

**Date of Original Sentence:**  October 25, 2018

**Original Offense**
Count One: Conspiracy to Commit Access Device Fraud, 18 U.S.C. § 1029, a Class D Felony.

**Original Sentence:** Twenty-Six (26) months custody within the Bureau of Prisons (BOP), followed by Three (3) years term of supervised release.

**Special Conditions:** $100 special assessment; $207,006.34 restitution; participate in an outpatient program, which may include testing to determine if he has reverted to using drugs or alcohol; provide access to any requested financial information; and be supervised by the district of residence.

**Prior Form(s) 12:** None.

On May 4, 2022, a transfer of jurisdiction from the Southern District of New York (SD/NY) to the Northern District of California (ND/CA) was finalized.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Jessica Greenwood

**Date Supervision Commenced**
December 6, 2019
**Defense Counsel**
Camille M. Abate (Appointed)

**RE:**   Antone, Casey Michael                                                                                             2
          0971  4:22-CR-00190 HSG

## Petitioning the Court to Take Judicial Notice

### Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the person under supervision violated Mandatory Condition Number Four that states you must make restitution in accordance with 18 U.S.C. §§ 3663 & 3663A or any other statute authorizing a sentence of restitution. |

> On January 28, 2019, Mr. Antone was ordered to pay restitution in the amount of $207,006.34, however, a payment schedule of equal installments was not established. The client satisfied the $100 special assessment in full, as of February 11, 2019. On December 1, 2022, the undersigned contacted Mr. Antone to determine why the client has failed to make any payments toward his restitution balance since the start of his supervision term and to instruct him to immediately make a payment. As a result, Mr. Antone made a $100 payment toward his outstanding restitution balance. The updated restitution balance is now $206,906.34 after this most recent payment.
>
> Evidence of this may be found in the Offender Payment Enhanced Report Access (OPERA) dated December 2, 2022.

### Action Taken and Reason

Throughout the client's term of supervised release, he maintained a stable residence in Fremont, California. Mr. Antone has been employed with DoorDash in San Francisco, California, as a delivery driver since October 11, 2021, while earning approximately $1,500/month. Due to the COVID-19 pandemic, it has been challenging for Mr. Antone to make a sufficient living wage. To Mr. Antone's credit, he remained in compliance with the release conditions, apart from his outstanding restitution balance.

His economic circumstances have been monitored throughout the period of supervision for changes that might affect his ability to pay, and intermittent computer asset searches utilizing commercial databases have not revealed unreported assets. Mr. Antone's monthly restitution appears commensurate with his ability to pay.

The U.S. Probation Office recommends the client's supervision terminate on December 5, 2022, as scheduled. The client understands he must continue making payments through the U.S. Attorney's Office Financial Litigation Unit, after the expiration of his term of supervision.

RE:   Antone, Casey Michael                                                                                                     3
      0971 4:22-CR-00190 HSG

Pursuant to 18 U.S.C. §§ 3613 (b) and (f), the liability to pay restitution shall terminate the later of 20 years from the entry of judgment or 20 years after the release from imprisonment. Therefore, the United States Attorney's Office has the authority to collect monies from the client until December 6, 2039. It is recommended the client be allowed to terminate from supervision with an outstanding restitution balance.

Respectfully submitted,                                    Reviewed by:

*[signature]*                                              *[signature]*

Leon T. Dang                                               Sonia Lapizco
U.S. Probation Officer                                     Supervisory U.S. Probation Officer
Date Signed: December 2, 2022

THE COURT ORDERS:

- [X] The Court concurs and takes judicial notice
- [ ] Submit a request to modify supervision
- [ ] Submit a request for a warrant
- [ ] Submit a request for summons
- [ ] Other:

__12/5/2022__                                              *[signature]*
Date                                                       The Honorable Haywood S. Gilliam, Jr.
                                                           United States District Judge